FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIMITRI DOUGLAS JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | No. ED CV 07-1413-SJO (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's interim report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The interim report and recommendation is adopted.
2. Judgment be entered dismissing this action without prejudice as to Captain Telley and Deputy Butts for failure to prosecute and follow court orders.
3. The clerk shall serve this order on all counsel or parties of record.

DATED: 8/14/08

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE