UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 NO
JS-2/JS-3 ___
Scan Only ___

| | |
|---|---|
| DIMITRI DOUGLAS JAMES,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | No. ED CV 07-1413-SJO (PLA)<br><br>**JUDGMENT AS TO DEFENDANTS CAPTAIN TELLEY AND DEPUTY BUTTS** |

Pursuant to the order adopting Magistrate Judge's Interim Report and Recommendation, IT IS ADJUDGED that defendant Captain Telley and defendant Deputy Butts alone are dismissed from this action without prejudice for failure to prosecute and follow court orders.

DATED: 8/18/16

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE