# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIMITRI DOUGLAS JAMES,<br><br>           Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S DEPARTMENT, et al.,<br><br>           Defendants. | No. ED CV 07-1413-SJO (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice.

DATED: 9/15/08

                                                                       /S/ S. James Otero<br>
                                                    HONORABLE S. JAMES OTERO<br>
                                                    UNITED STATES DISTRICT JUDGE